The Honorable Karen L. Strombom

FILED ____ LODGED
____ RECEIVED
MAY 18 2015
CLERK US DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MELFORD JOHN WARREN,

Defendant.

NO. MJ15-5071

COMPLAINT FOR VIOLATION
Title 18, United States Code, Section 1073

BEFORE the Honorable Karen L. Strombom, United States Magistrate Judge, U.S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1
**(Flight to Avoid Prosecution)**

On a date unknown, but between or about August 27, 2014 and September 15, 2014, at Port Orchard, within the Western District of Washington, and elsewhere, the defendant, MELFORD JOHN WARREN, did move and travel in interstate commerce from Seattle, State of Washington, to the State of Oregon, with the intent to avoid prosecution under the laws of the State of Washington for the crimes of Assault of a

COMPLAINT/MELFORD - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Child in the Second Degree, Domestic Violence; Rape of a Child in the First Degree, Domestic Violence; Rape of a Child in the First Degree, Domestic Violence; and Child Molestation in the First Degree, Domestic Violence, which are felonies under the laws of the State of Washington.

All in violation of Title 18 United States Code, Section 1073.

The undersigned Complainant, Brandon Ratliff, being duly sworn, further deposes and states as follows:

1. I am a Supervisory Deputy with the United States Marshals Service, having been so employed since 2001, and as such am vested with the authority to investigate violations of Federal laws, including Title 18, United States Code, Section 1073. I presently supervise the U.S. Marshals Service sponsored Pacific Northwest Violent Offender Task Force- South, in the Western District of Washington. The following is information developed during my investigation, and also information provided to me by other law enforcement sources.

2. On 08/27/2014 a CPS worker contacted KCSO based on a report made to her via a Mary Bridge Hospital social worker in Tacoma. The social worker had indicated that hospital staff was evaluating a 14 month-old female for what appeared to be a "non-accidental" fractured arm that required surgery. The mother was also reported as not wanting hospital staff to conduct any further examination of the child. Apparently the mother indicated she did not want the child to be subjected to any x-rays because she feared the radiation might prevent her daughter from being able to have children someday. The child was identified as ENME, and was brought to the hospital by her mother, A.J. Detective Baker and Detective Blankenship subsequently conducted an investigation with Child Protective Services. The attending physician advised detectives that ENME had a super conjular fracture which is a common fracture seen in older children and adults.

3. That investigation uncovered that female adults, A.J and S.S., were living together at a residence located at 1954 Woods Rd, Port Orchard. Ultimately it was

discovered that they were involved in an unusual relationship with a male named MELFORD JOHN WARREN, who was also living with them at Woods Rd and is believed to have fathered approximately 12 children between the two women. Upon attempting to make contact at the Woods Rd address Detectives only discovered a few of the younger children in the home and it is believed that MELFORD JOHN WARREN fled out of the back of the residence. It was subsequently learned that the rest of the children were secreted in the attic at the time of that contact to conceal them from law enforcement. Law Enforcement and CPS went to the house again the next day and MELFORD JOHN WARREN was contacted, but he provided a false name. It was later discovered that MELFORD JOHN WARREN had a 1st degree Assault warrant issued out of Baltimore, Maryland for assaulting S.S. threatening her with a sword. A.J. and S.S. were deemed by detectives to be very uncooperative, evasive, untruthful, and secretive throughout the investigation. Detectives believed that the two women and their children appeared to be under the control of MELFORD JOHN WARREN and they suspected some kind of abuse was occurring in the family, although no disclosures of abuse were made at the time. Although the break to ENME's arm was highly suspicious there was not enough evidence at the time to sustain an assault charge.

4.  A few days after that police contact with MELFORD JOHN WARREN, the family abruptly moved out of the Woods Rd address.

5.  On 09/15/2014, MELFORD JOHN WARREN was contacted by the Kittitas County Sheriff's Office at an Eastern Washington rural campground after a citizen reported observing children at the campground left unattended, without food or shelter. MELFORD JOHN WARREN was located with the children and was arrested for the Baltimore warrant. A total of seven children that were with him or at the camp site were placed into CPS protective custody. Kittitas County Deputy Woody advised Detective Baker that he was concerned and felt like there was some kind of cult activity/behavior going on. He said that the children's behavior was suspicious during the law enforcement contact at the campsite and that they would not speak with the adults

involved with the case unless the oldest boy (13 years-old) told them they could. Deputy Woody said that the two little girls he had taken into custody with him would sit off to the side on a curb just rocking back and forth. Detective Baker was told that once the adults would walk away from the children during their contact, the kids would begin talking amongst themselves. Baker was advised that the children were then overheard referring to A.J. as "the breeder" and that when the police would come to their house they would "hide in the roof".

      6.     Baltimore declined to extradite and charge MELFORD JOHN WARREN after his arrest and he was released from custody with his whereabouts still unknown.

      7.     CPS ended up taking all of the known located children associated with the MELFORD JOHN WARREN, S.S. and A.J. relationship into protective custody, where they remain at this time. The nature of the family relationship is not well defined by the actors involved. S.S. and A.J. admitted to bearing MELFORD JOHN WARREN's children, but refused to describe him as their husband or boyfriend. According to her sister, A.J. refers to herself as a "breeder". All of the children have multiple and very unusual names and they range in age from infant to 13 years of age. Observations of the children by law enforcement indicate that the children appeared groomed to say little to nothing to law enforcement at that time.

      8.     On 05/07/2015 the foster mother of two of MELFORD JOHN WARREN's children brought them into the KCSO Special Assault Unit to be forensically interviewed after making disclosures of abuse by their father, MELFORD JOHN WARREN. The children, GPMJ, and GZMJ were both interviewed separately that day. Detective Birkenfeld reviewed the video taped forensic interview with GZMJ and provided me with the following information. GZMJ disclosed multiple incidents of serious physical abuse by her father, MELFORD JOHN WARREN, which occurred in other jurisdictions in King County prior to the family moving to Kitsap County. She revealed that her father would hit the children with sticks and bats, put them in cold water, and punch them. One of those incidents included her father breaking her arm and beating her because she could

not read. She indicated that he hit her with a bat and threw her against a wall. GZMJ stated that MELFORD JOHN WARREN had also picked her up by the neck (with her feet off the ground) and choked her and their dog, and that she had difficulty breathing. She said another time her father had burned her hand with a lighter. GZMJ further stated that on another occasion her father put what she believed was a real gun up to the side of her right cheek and pushed the barrel on her so hard that she started to bleed. All of these incidents appeared to have taken place in King County jurisdictions at other locations where the family had previously resided (Magnolia, Kent, and Vashon Island).

9. Detective Birkenfeld also reviewed the forensic interview conducted with GPMJ and provided me with the following information about that interview. Detective Birkenfeld indicated the GPMJ also disclosed on going serious physical and sexual abuse being inflicted on her and her siblings by their father, MELFORD JOHN WARREN over a number of years that occurred in King County, Kittitas County, and Kitsap County Jurisdictions. GPMJ advised that that last time her father sexually abused her was in the woods while they were camping on the day he was arrested (Kittitas County). She advised that her father took her near some bushes and had sex with her. She said, "He put his into mine", referring to their private parts. She said her pants were pulled down and he forced her to lie down on a log. She said that he unzipped his jeans near his private area and that his private was dark, hairy, and wrinkly. She said that when they got back to their camp site the police were there and arrested her father. She also stated that he had a cast on his arm at the time, from an injury that appears to have occurred when he jumped out the back of their residence on Woods Rd during prior police contact. The children further indicated that after this incident, their father returned and took them to Kent, and then "left to find a farm in Oregon" prior to being contacted again by police. Kittitas County booking records indicate that MELFORD JOHN WARREN did have a cast on his arm at the time of his arrest on 09/15/2014. Based on GPMJ'S description of this incident it appears this rape happened on 09/15/2014 in Kittitas County.

10. The truck that MELFORD JOHN WARREN was driving when contacted by police in Kittitas County had expired Washington State 2009 license plates at the time of his arrest. Department of Licensing (DOL) records reflect that the truck is now currently registered in Oregon under another individual's name.

11. During a follow up interview with S.S., after MELFORD JOHN WARREN arrest, she told CPS and Detectives that the family was in the process of attempting to relocate/flee to Portland, Oregon.

12. On May 15, 2015, MELFORD JOHN WARREN was charged in Kitsap County with Assault of a Child in the Second Degree, Domestic Violence; Rape of a Child in the First Degree, Domestic Violence; Rape of a Child in the First Degree, Domestic Violence; and Child Molestation in the First Degree, Domestic Violence.

13. Based on the above facts, I respectfully submit that there is probable cause to believe that MELFORD JOHN WARREN did travel to Oregon and traveled there to avoid prosecution in the State of Washington for Assault of a Child in the Second Degree, Domestic Violence; Rape of a Child in the First Degree, Domestic Violence; Rape of a Child in the First Degree, Domestic Violence; and Child Molestation in the

//
//
//

First Degree, Domestic Violence, and therefore there is probable cause to believe that MELFORD JOHN WARREN committed the offense of Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073.

_____
Brandon Ratliff,
Special Deputy, US Marshals Service

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 18th day of May, 2015.

_____
KAREN L. STROMBOM
United States Magistrate Judge

COMPLAINT/MELFORD - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970